THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Solomon F. Herbert       
Appellant.
 
 
 

Appeal From Bamberg County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No.  2003-UP-747
Submitted October 15, 2003  Filed December 
 17, 2003

AFFIRMED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office of Appellate 
 Defense, of Columbia, for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Assistant Attorney General David Spencer, all of Columbia; and Solicitor Barbara 
 R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Solomon F. Herbert was convicted 
 of second-degree burglary in January 2003.  Herbert appeals his conviction, 
 arguing the trial court erred in refusing to give an adequate charge on circumstantial 
 evidence.  The trial court charged State v. Grippon, 327 S.C. 79, 489 
 S.E.2d 462 (1997). Herbert requested the trial court charge circumstantial evidence 
 pursuant to State v. Edwards, 298 S.C. 272, 379 S.E.2d 888 (1989).  
We affirm [1] pursuant to Rule 220(b)(1), SCACR, and the 
 following authorities: State v. Needs, 333 S.C. 134, 156, 508 S.E.2d 
 857, 868 (1998) (Our supreme court has identified two appropriate ways to charge 
 circumstantial evidence.); State v. Cherry, 348 S.C. 281, 287, 559 S.E.2d 
 297, 299 (Ct.App. 2001) (We cannot fault the trial court for utilizing a charge 
 recently specifically approved by the supreme court.)  
AFFIRMED.
STILWELL, BEATTY, and CURETON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCAR.